**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:  Teresa Bertemati                     Case No. 04-17282-AJC
                                             Chapter 13

_____Debtor_____/

## APPLICATION TO WITHDRAW UNCLAIMED FUNDS

Applicant, <u>American Property Locators, Inc.</u>, applies to this court for entry of an order directing the clerk of the court to remit to the applicant the sum of $ <u>1,903.38</u>, said funds having been deposited into the Treasury of the United States pursuant to 28 U.S.C. § 2041 as unclaimed funds held in the name of <u>TBF Financial, LLC</u>. Applicant further states that:

1.  (Indicate one of the following items:)

    ___  Applicant is the individual listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited and states that no other application for this claim has been submitted by or at the request of this applicant. If funds were deposited in the names of both husband and wife, both must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both. Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

    ___  Applicant is either a family member or other authorized personal representative of an incapacitated or deceased individual in whose name funds were deposited or a successor in interest to the individual or business under whose name the funds were deposited. **An original "power of attorney" conforming to the Official Bankruptcy Form and/or other supporting documents, including probate documents which indicate applicant's entitlement to this claim are attached and made a part of this application.** Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

    ___  Applicant is the duly authorized representative for the business or corporation listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under

whose name these funds were deposited. Applicant has reviewed all applicable records and states that no other application for this claim has been submitted by or at the request of this claimant. **A Local Form "Affidavit of Claimant" (LF-28) and duly executed corporate power of attorney are attached and made a part of this application.**

 X   Applicant is an attorney or a "funds locator" who has been retained by an individual or business or corporation under whose name the funds were deposited. Applicant has obtained an original "power of attorney" from the individual claimant or the duly authorized representative for the business or corporation named as the claimant in the notice of deposit of funds into the court. **An original "power of attorney", conforming to the Official Bankruptcy Form and a Local Form "Affidavit of Claimant" (LF-28) are attached and made a part of this application.**

___ Applicant is an attorney or a "funds locator" who has been retained by the debtor in this case to claim funds deposited in the name of another individual or business or corporation. Applicant has obtained and attached to this application an original "power of attorney" from the debtor (if joint case, both debtors) who are seeking to claim these funds. Applicant has also attached to this application a notarized affidavit from the debtor detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of the debtor to prove debtor's identity. The applicant has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint debtor case, both husband and wife must sign the power of attorney, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

__ Applicant is the debtor seeking to claim funds deposited in the name of another individual or business or corporation. Applicant has attached to this application a sworn affidavit detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of applicant to prove debtor's identity. The debtor has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint case, both husband and wife must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

2.   Applicant has made sufficient inquiry and  has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

3.   Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. § 2042.

Dated:  _1/26/10_

TBF Financial, LLC
Name Under Which Funds Were Deposited

_____3_____
Claim Number

TBF Financial, LLC
Name of Party On Whose Behalf
Application Was Filed*

Address: 520 Lake Cook Road, Suite 510

Deerfield, IL  60015

_____
Signature of Applicant
(Note: In addition to signing, complete all information below)

Last Four Digits of SS# _____

Tax ID (EIN #) 73-1425193

Greg Griffith, Locator
Print Name and Title of Applicant

American Property Locators, Inc.
Print Company Name

3855 S Boulevard, Suite 200
Print Street Address

 Edmond, OK  73013
Print City and State

 (405) 340-4900
Telephone (including area code)

*Attach copy of official government photo id for all parties on whose behalf this application is being filed.

Sworn to and Subscribed before me

on _January 26, 2010_

_____
NOTARY PUBLIC, AT LARGE
STATE OF  OKLAHOMA

## LIMITED POWER OF ATTORNEY
## LIMITED TO ONE TRANSACTION ONLY

TBF Financial, LLC, ("Principal") executes this Limited Power of Attorney with the intention that the attorney-in-fact named below shall be able to act in his\her place for the purposes and duration set forth below.

Principal appoints Greg Griffith of American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK  73013 to be his\her attorney-in-fact to act for him\her in his\her name and place, and in any capacity that Principal might act,

**Only to recover cash or cash equivalents arising from the bankruptcy of Teresa Bertemati in the amount of $1,903.38, that belong to the Principal,**

and may be paid to the Principal after compliance with procedures of applicable laws (the "Unclaimed Funds").

This Limited Power of Attorney shall become effective on the date written below, and shall remain effective, for one year from such date or until the Unclaimed Funds are claimed and remitted to Principal, whichever is sooner.

Principal's attorney-in-fact shall have all of the powers, discretions, elections, and authorities granted by law (including the endorsement of any instrument of payment on behalf of Principal) in connection with the claim, execution, acknowledgment, and delivery of any and all documents necessary or connected with claiming and recovering for Principal the Unclaimed Funds.  Principal authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

DATED this 4th day of _January , 2010_ 200 .

**PRINCIPAL:**                                         PRINCIPAL'S ADDRESS:
TBF Financial, LLC
Federal ID # _36-4265807_                          520 Lake Cook Road, Suite 510
                                                   Deerfield, IL  60015
By: _____                      (847) 267-0600

Title: _Manager_

### ACKNOWLEDGMENT

STATE OF  _Illinois_ )

COUNTY OF  _Lake_ )

Before me a Notary Public, in and for said County and State on this _4th_ day of _January_ , 2010 200 , personally appeared _Adam Boehm_ to me known to me to be the identical person who subscribed his/her name to the foregoing instrument as its _Manager_ (title), and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:
_January 23, 2011_

_____
Notary Public

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:  Teresa Bertemati                          Case No.  04-17282
_____Debtor_____/            Chapter 13

### AFFIDAVIT OF CLAIMANT

I,Adam Boehm  , am (indicate status of claimant)

(   ) the individual creditor (or authorized personal representative of the individual creditor) in whose name funds were deposited with the court who has granted a power of attorney to _____a "funds locator" or attorney to submit an application to withdraw unclaimed funds on my behalf; or

(    ) the  duly authorized representative for the claimant "business" _____; or

(    ) the debtor claiming funds deposited in the name of a creditor in my case who has granted a power of attorney to _____, a "funds locator" or attorney, to submit an application on my behalf; or

(    ) the debtor claiming funds deposited in the name of the in my case who has granted a power of attorney to _____, a "funds locator" or attorney, to submit an application on my behalf; or

( X ) the duly authorized representative for claimant "business" as indicated in the attached corporate power of attorney) who has granted a power of attorney to American Property Locators, Inc. a "funds locator" or attorney, to submit an application to withdraw unclaimed funds on my behalf;

and I am seeking payment of unclaimed funds in the amount of $ 1,903.38 deposited in this court in the name of TBF Financial, LLC and representing claim number __3 (if no claim was filed write "scheduled" in blank space).

2.              Claimant History:  Substantiate claimant's right to funds, including but not limited to documents relating to sale of company, i.e. purchase agreements and/or stipulation by prior and new owner as to right of ownership of funds.  Attach certified copies of all necessary documentation, including those which establish the chain of ownership of the original corporate claimant.  Also attach a copy of an official government photo id to prove your identity.

LF-28 (rev. 12/01/2009)                          Page 1 of 2

3.          I (or the "business" I represent as claimant) have neither previously received remittance for these funds nor have contracted with any other party other than the person named as a "funds locator" or attorney in paragraph one above to recover these funds.

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: 1/14/2010

_____
signature of claimant or representative of "business" claimant

Adam Boehm _____
print name

_Principal_____
title

36-4265807_____
Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport"

520 Lake Cook Road, Suite 510, Deerfield IL 60015
address

(847) 267-0600_____
phone number

N/A_____
signature of joint debtor (if applicable)

N/A_____
print name

N/A_____
Last Four Digits of Social Security # or Tax ID# (EIN #)

Sworn to and Subscribed before me
on :January 14, 2010
_____
NOTARY PUBLIC, AT LARGE

STATE OF  I llinois_____

ELIZABETH FUSSELL
NOTARY PUBLIC
OFFICIAL SEAL
STATE OF IL
MY COMMISSION EXPIRES
MAY 5, 2013

## Certificate of Authority to Act for
## TBF Financial, LLC

I, the undersigned, _Brett Boehm_, as _Manager_ of TBF Financial, LLC, do hereby certify that **Adam Boehm** has the authority to act on behalf of TBF Financial, LLC, in all matters for TBF Financial, LLC including, without limitation, the recovery of unclaimed funds arising from bankruptcy matters.

IN WITNESS HEREOF, I have hereunto signed my name this _14th_ day of _January_, ~~200~~ _2010_.

TBF Financial, LLC

By: _____

AFFIX CORPORATE SEAL

If corporate Seal is unavailable sign affidavit below:

BE IT ACKNOWLEDGED,
That the undersigned hereby says under oath that the corporate seal for this corporation is unavailable

By: _____

Notary Acknowledgement

STATE OF _Illinois_ )

COUNTY OF _Lake_ )

Before me, the undersigned a Notary Public, in and for said County and State on this _14th_ day of _January_, ~~200~~ _2010_ personally appeared _Brett Boehm_ to me known to be the identical person who subscribed his/her name to the foregoing instrument, as its _Manager_ and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:
_May 5, 2013_

Notary _Elizabeth Fussell_

ELIZABETH FUSSELL
MY COMMISSION EXPIRES
MAY 5, 2013
NOTARY PUBLIC
OFFICIAL SEAL
STATE OF ILLINOIS

# 2010 LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# M03000003836

**Entity Name:** TBF FINANCIAL, LLC

| **Current Principal Place of Business:** | **New Principal Place of Business:** |
|---|---|

CORPORATE 500 CENTRE
520 LAKE COOK RD., STE 510
DEERFIELD, IL 60015

| **Current Mailing Address:** | **New Mailing Address:** |
|---|---|

CORPORATE 500 CENTRE
520 LAKE COOK RD., STE 510
DEERFIELD, IL 60015

**FEI Number: 36-4265807**   FEI Number Applied For ( )   FEI Number Not Applicable ( )   Certificate of Status Desired ( )

| **Name and Address of Current Registered Agent:** | **Name and Address of New Registered Agent:** |
|---|---|

ZWEIBEL, ERIC B
8751 W. BROWARD BLVD., STE. 100
PLANTATION, FL 33324   US

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____

Electronic Signature of Registered Agent                                           Date

**MANAGING MEMBERS/MANAGERS:**

| Title: | MGR |
|---|---|
| Name: | BOEHM, ADAM |
| Address: | 520 LAKE COOK RD., STE 510 |
| City-St-Zip: | DEERFIELD, IL 60015 |

| Title: | MGR |
|---|---|
| Name: | BOEHM, BRETT |
| Address: | 520 LAKE COOK RD., STE 510 |
| City-St-Zip: | DEERFIELD, IL 60015 |

| Title: | MGR |
|---|---|
| Name: | BOEHM, ROBERT |
| Address: | 520 LAKE COOK RD., STE 510 |
| City-St-Zip: | DEERFIELD, IL 60015 |

I hereby certify that the information indicated on this report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 608, Florida Statues.

SIGNATURE: BRETT BOEHM                                 MNGR            01/05/2010
Electronic Signature of Signing Managing Member, Manager, or Authorized Representative / Date